**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01872-MEH

ANDRE HAKIZIMANA,

    Plaintiff,

v.

JBS USA, LLC,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andre Hakizimana and Defendant JBS USA, LLC, submit this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefore, state that all matters in controversy between them have been fully and finally settled and compromised.

WHEREFORE, the parties request that this matter be dismissed with prejudice, each party to bear his/its own costs and attorneys' fees.

Dated this 19th day of October, 2020.

| | |
|---|---|
| *s/ John-Paul C. Sauer* | *s/ Heather Fox Vickles* |
| John-Paul C. Sauer | Heather Fox Vickles |
| Goodspeed & Merrill | James S. Korte |
| 7800 E. Union Ave., Suite 600 | Sherman & Howard L.L.C. |
| Denver, CO 80237 | 633 17th Street, Suite 3000 |
| Phone: 720-473-7644 | Denver, CO 80202 |
| Facsimile: 720-473-7647 | Phone: 303-297-2900 |
| E-mail: jswauer@goodspeedmerrill.com | Facsimile: 303-298-0940 |
| | E-mail: hvickles@shermanhoward.com |
| | jkorte@shermanhoward.com |
| ***Attorney for Plaintiff Andre Hakizimana*** | ***Attorneys for Defendant JBS USA, LLC*** |

## CERTIFICATE OF SERVICE/CM-ECF

I hereby certify that on this 19th day of October, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kathleeen E. Craigmile | John-Paul C. Sauer |
| Nixon Shefrin Hensen Ogburn, P.C. | Goodspeed & Merrill |
| 5619 DTC Parkway, Suite 1200 | 7800 E. Union Avenue, Suite 600 |
| Greenwood Village, CO  80111 | Denver, CO 80237 |
| Kcraigmile@nixonshefrin.com | jsauer@goodspeedmerrill.com |
| *Attorneys for Plaintiff* | |

*s/Mary Ann Meise*
Mary Ann Meise, Practice Assistant

2